[No. 49052-4-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL M. CHRISTIANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00114-5, Ronald L. Castleberry, J., entered July 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49118-1-I.   Division One.   September 16, 2002.]

*In the Matter of the Personal Restraint of* ROBERT W. BUTKOWSKI, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Agid, J., concurred in by Baker and Schindler, JJ.

[No. 49164-4-I.   Division One.   September 16, 2002.]

RICHARD TAYLOR, ET AL., *Appellants*, v. R. HAYS GODDARD, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 99-2-05457-1, Larry A. Jordan, J., and Rod Simmons, J. Pro Tem., entered September 11, October 11, and November 14, 2000, and July 27 and October 13, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.

[No. 49291-8-I.   Division One.   September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02079-6, James H. Allendoerfer, J., entered September 14, 2001. *Affirmed* by unpublished per curiam opinion.